## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2800 | **DATE** | 5/8/2012 |
| **CASE TITLE** | Diana Sharp vs. Villa Scalabrini Nursing & Rehabilitation Center | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to dismiss pursuant to settlement [15] is granted. The instant action is hereby ordered dismissed pursuant to settlement, with prejudice, with each party to bear its own costs and fees. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|